UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>KEVIN DIAS<br><br>               Defendant. | Case No. 1:18-CR-00051-BLW-1<br><br>**REPORT AND<br>RECOMMENDATION** |

On June 19, 2018, Defendant Kevin Dias appeared before the undersigned United States Magistrate Judge to enter a change of plea pursuant to a notice of intent to plead guilty. (Dkt. 23). The Defendant executed a waiver of the right to have the presiding United States District Judge take his change of plea. Thereafter, the Court explained to the Defendant the nature of the charges contained in the Indictment (Dkt. 1), the maximum penalties applicable, his Constitutional rights, and the impact that the Sentencing Guidelines will have on imposition of his sentence.

The Court, having conducted the change of plea hearing and having inquired of the Defendant, counsel, and the government, finds there is a factual basis for the Defendant's guilty plea, that he entered it voluntarily and with full knowledge of the consequences, and that the plea should be accepted. The undersigned also ordered a pre-sentence investigation to be conducted and a report prepared by the United States Probation Office.

**REPORT AND RECOMMENDATION - 1**

## RECOMMENDATION

**NOW THEREFORE IT IS HEREBY RECOMMENDED:**

1) The District Court accept Defendant Kevin Dias's plea of guilty to Count One, Importation of Alpha-PVP in violation of 21 U.S.C. § 952 and 960(b)(3) of the Indictment (Dkt. 1),

2) The District Court order forfeiture consistent with Defendant Kevin Dias's admission to the Criminal Drug Forfeiture allegation, pursuant to 21 U.S.C. § 853 in the Indictment (Dkt. 1).

Written objections to this Report and Recommendation must be filed within fourteen (14) days pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(b), or as a result of failing to do so, that party may waive the right to raise factual and/or legal objections to the United States Court of Appeals for the Ninth Circuit.

DATED: June 19, 2018

CANDY WAGAHOFF DALE
U.S. MAGISTRATE JUDGE